### IN THE

# SUPREME COURT

### OF

# NEW JERSEY,

## NOVEMBER TERM, 1792.

[142]    HARRIS v. GRANTHAM.

The court will, on motion, discharge a party arrested whilst attending his business at the Court of Common Pleas.

Grantham had been arrested by process from this court, while attending to his business at the Inferior Court of Common Pleas for the county of Cumberland. On motion of *Giles*, he was discharged from the arrest. A common appearance was insisted on, but denied by the court.